UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES HUNTER HAMMICK;** <br> **and CANDICE HAMMICK,** | } <br> } <br> } | |
| Plaintiffs, | } <br> } | |
| v. | } <br> } | CASE NO. 2:10-cv-1143-SLB |
| **NATIONWIDE CREDIT, INC.,** | } <br> } | |
| Defendant. | } | |

## ORDER

The court has been advised by counsel for plaintiffs, James Hunter Hammick and Candice Hammick, that this case has settled. Therefore, the court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party to reopen the case upon good cause shown within sixty (60) days, or to submit a stipulated form of final judgment within sixty (60) days. The court retains jurisdiction to enforce any settlement the parties have reached.

**DONE**, this 5th day of August, 2010.

*Sharon Lovelace Blackburn*
_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE